# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD GINGER, an individual on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GERBER PRODUCTS COMPANY; NESTLE USA, INC.,<br><br>Defendants. | 1:12-cv-652-AWI-GSA<br><br>ORDER VACATING AUGUST 20, 2012 HEARING AND TAKING MATTER UNDER SUBMISSION<br><br>(Doc. No. 6) |

Currently pending before this Court is Defendants' Motion to Dismiss. See Court's Docket, Doc. No. 6. This motion is set for hearing on August 20, 2012, at 1:30 p.m. in Courtroom 2. Plaintiff has filed an opposition, and Defendants have filed a reply. See id. Doc. Nos. 10, 11. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 20, 2012, is VACATED, and the parties shall not appear at that time. As of August 20, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 16, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE